UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF LOUISIANA

IN RE:     Alison L. Howard

CASE NO.    08-10956

# ORDER DENYING
# MOTION TO RECONSIDER

For oral reasons given at a hearing held September 30, 2009,

**IT IS ORDERED** that the Motion to Reconsider Order of Dismissal of Case (document no.56) is **DENIED**.

Baton Rouge, Louisiana, October 1, 2009.

<u>S/ Douglas D. Dodd</u>
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE